IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
PETER D FISCHEL et al, on behalf         No   C-96-4202 VRW
of themselves and all others
similarly situated,                           ORDER

          Plaintiffs,

          v

THE EQUITABLE LIFE ASSURANCE
SOCIETY,

          Defendant.
                                    /
```

Pursuant to the parties' joint request in their letter of September 8, 2006, the court extends the deadline for submission of a settlement report to September 26, 2006.

IT IS SO ORDERED.

*/s/ Vaughn R Walker*

VAUGHN R WALKER
United States District Chief Judge